IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARION SKORO,                                              06-CV-1319-HU

                                                                                              ORDER

        Plaintiff,

v.

THE CITY OF PORTLAND,
a municipal corporation of
the State of Oregon,

        Defendant.


**JAMES H. MARVIN**
Marvin Chorzempa & Larson
380 S.E. Spokane, Suite 100
Portland, OR 97202
(503) 232-1410

        Attorneys for Plaintiff


1 - ORDER

**J. SCOTT MOEDE**
Office of City Attorney
1221 S.W. Fourth Avenue, Room 430
Portland, OR 97204
(503) 823-4047

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#9) on January 22, 2007, in which he recommended this Court deny Defendant's Motion to Dismiss (#3). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the Findings and Recommendation *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (2003)(*en banc*). Having reviewed the legal principles, the Court does not find any clear error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#9). Accordingly, the Court **DENIES** Defendant's

2 - ORDER

Motion to Dismiss (#3).

    IT IS SO ORDERED.

    DATED this 16th day of February, 2007.


                                          /s/ Anna J. Brown

                                          _____
                                          ANNA J. BROWN
                                          United States District Judge